## Exhibit A to the Complaint

**Location:** Concord, MA  **IP Address:** 71.233.174.61
**Total Works Infringed:** 28  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 27C3D3574B9C056507577AC454D9F5DCB35239D6<br>File Hash:<br>01600ADBA3B50DA09F3116EE7A13EF9CE423AD0E1A5FA611E59664DA584E6E1D | 05-17-2023 23:08:01 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 2 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash:<br>E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05-17-2023 22:43:29 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 3 | Info Hash: 201FD038EE0F30ABE7B32816FC1B5CD2C4EEC201<br>File Hash:<br>E5298FB660C4D1BF823F11791D6160D06DBD46B4A63BC5FDE7AA6FC092B3EA2F | 04-30-2023 23:29:06 | Slayed | 02-08-2022 | 03-04-2022 | PA0002345794 |
| 4 | Info Hash: C72A7DEC93F48C082D9DDF6D402657E931627D62<br>File Hash:<br>8FC3E70FEEA7D9FFD22DDDBA5B1C3EE8B1E80CEFD80EA601F8BA94AF7333517E | 04-30-2023 01:21:45 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 5 | Info Hash: AEAF023FAC1652EC54FFF10B490E9ED6A4C1EF20<br>File Hash:<br>E1E20F7C1579BC38D7CE42E9F2EC7C92F118BDC4AB8949C1142CC811F979CD31 | 04-21-2023 02:34:53 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 6 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-21-2023 02:33:10 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 7 | Info Hash: 677F8707DBCE02AAF8615B7675703C68B74375B2<br>File Hash:<br>F99690C46146A04890C3C77277A19B20D03C814AF12000C32AFBCC114EB2C37E | 04-04-2023 23:21:58 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 8 | Info Hash: E425154C12EF14E82D9AA4CD838DCC3A022EF345<br>File Hash:<br>8380DC79F1EFC94A5C2268E8F7CA09A5B970BAA7D0F6F16DF84B000F438DD150 | 04-04-2023 23:13:26 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 9 | Info Hash: 30DB12CBED97C504152F7431DD95C5926C267BC0<br>File Hash:<br>31A04114788169DEBA7233288589DAAFEA621A0A3BE5AC6FA59B850C25671166 | 04-04-2023 23:13:03 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 10 | Info Hash: D5B90D45681C50DD77A2C367E42F22356CA0CBCB<br>File Hash:<br>6F4B1FC425EF82511CDAFC1CCEB20014D7D623D947FF826934E196284408B777 | 03-15-2023 02:22:18 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 11 | Info Hash: 125859A99251B2E478AC1258E504DA8B2AA78478<br>File Hash:<br>32249F73036796C24443532404C20699E8BFCCD58D14E157A3ADB314B7364EBD | 03-15-2023 02:16:18 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash: 6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 03-04-2023 03:59:24 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 13 | Info Hash: 6CECBC349193EC9C7B76A2099FC15AE1A288D482<br>File Hash: 250DF55B05DE3EEB997D13B03E27C8D1B671ADD3EE18B3A40940920F646B24F8 | 03-04-2023 03:25:45 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 14 | Info Hash: 1A618EF49402930C1C538EF14A6F18918A438983<br>File Hash: 6CADAB282554DF20A5EC1538F9C7B8D56396A85EE63E7E188D8ACD266FE83143 | 03-04-2023 03:21:11 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 15 | Info Hash: 8DF915DE3BC8A61DA56A2DCA7B5482E894DBBB97<br>File Hash: 32219F29883C4368A3AFDFAFE38FFFD5F0DDFED228FD6C741DA9B34DEF35C632 | 02-01-2023 02:30:21 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 16 | Info Hash: 9249EA373C7CFBC0CA5296622DEF12025D4B5274<br>File Hash: EF4E4BAD4C1E682C924EFDF0736D0C94C3EBAAE711257B47ED43C2F22B6EBFBD | 02-01-2023 02:29:58 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 17 | Info Hash: 92CB8CC2B1BF14E6326BE06B3295D66F0F3E0A2F<br>File Hash: BC1B8C60FECC7DECC2E30B086BCB4005635C93E9E654848D2455692ACD7CA8D4 | 01-27-2023 03:22:23 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 18 | Info Hash: 2C8A50F87888282D605BD3200D883844F964E253<br>File Hash: B69C16B8BE8F33F10DDCE5BE221A93C48FBAF1CE28E52B1A03B859B2695A5377 | 01-26-2023 23:27:09 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 19 | Info Hash: A03C2DD0F6891452B400F352C4CAEFF18F863F9A<br>File Hash: 58E7C18532487E38478C378427D53A90889DFBE06CE8CA9D6A0D6C976FEC1AA1 | 01-26-2023 23:17:48 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 20 | Info Hash: F3CBECF9A5AA2043CE3A587FE5A11FA1548D19CF<br>File Hash: 314FCA1CE426E7DBA0D73687F33F6D006927C0AA420BFAFBC071A4DD5F9A00CD | 01-04-2023 03:12:53 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 21 | Info Hash: 3537B4247DB06A8D91ADC0AEFB596DC5D59B4BBC<br>File Hash: 83C008AF4813D9AF8399FE11592B7FB9F28D177EEB52EFBD6B70CAF316A9E201 | 01-01-2023 23:29:20 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 22 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12-01-2022 03:54:46 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 23 | Info Hash: 5E3EE3C04A734916F44384558A7B5A5CD86D22A9<br>File Hash: 662626198753F06CE5869D75C00627A6BDF01C532494F46913512AB350149ED1 | 11-28-2022 03:23:32 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D47E01E2CA5037A23C4261C7797EE76B7835A88E<br>File Hash:<br>A93CFA441DEEA9ACA5EFC97EA3735CEF22C1180174598230CB1F69A6900B005E | 11-28-2022 03:18:54 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 25 | Info Hash: 72E1A45262D59C0A35175F5F1EA9D658EF135B35<br>File Hash:<br>560D76365FD31C1E83342D22521944C4E5688A679F82ECA328D48797C1539887 | 11-28-2022 03:18:32 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 26 | Info Hash: 03B6BB24DA9C4E80EA798BFC2896AF206AD038C5<br>File Hash:<br>7677CE41C30DA090BB1E8AA6B71C9C9171E5A8A7E333B829865B315804350A16 | 11-28-2022 03:14:01 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 27 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash:<br>8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 11-28-2022 03:04:55 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 28 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash:<br>DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 11-28-2022 03:04:53 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |